Bankruptcy Court
AO 240  (Rev. 07/10) Application to Proceed in ~~District Court~~ Without Prepaying Fees or Costs (Short Form)

# UNITED STATES ~~DISTRICT~~ BANKRUPTCY COURT
for the
DISTRICT OF MARYLAND

_Damond Durant, JR._
_____
Plaintiff/Petitioner

v.

_Damond Durant, SR._
_____
Defendant/Respondent

CASE NO.: 17-20232
CHAPTER 7

Civil Action No.  17-00350

## APPLICATION TO PROCEED IN ~~DISTRICT~~ BANKRUPTCY COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: _Unemployed._

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
(specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments     ☒ Yes   ☐ No
(e) Gifts, or inheritances                            ☐ Yes   ☒ No
(f) Any other sources                                 ☒ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I received approximately $1100.00 per month from the garnishment of my father's wage which stopped when he filed bankrupcy. 10/16 to 8/17.
I presently received $747.00 per month for social security disability. 2014 to Present.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 15.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I own a 2000 Lincoln LS which is presently inoperable.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent $200.00 per week. I have no money left from my disability check so I ask my family and friends to help me with food and transportation costs, and cell phone.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Landlord Braxton Rentals - $200.00 per week
Taylor Park Apartments - $1200.00
Auto Mechanic Shop - Jiffy Lube $670.00
T-Mobil - $200.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9/20/17

Applicant's signature

Damond Durant
Printed name