Entered: October 3rd, 2017
Signed: October 2nd, 2017

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | **Case No.: 17–20232 – MMH** |
| **Damond Durant and Sharae Durant** | **Chapter: 7** |
| Debtor | |
| | **Motion/Adversary No.:** |
| **Damond Durant Jr** | **17–00350** |
| Plaintiff(s)/Movants(s) | |
| vs. | |
| **Damond Durant** | |
| Defendant(s)/Respondent(s) | |

## ORDER GRANTING
## MOTION TO DEFER FILING FEE

Upon consideration of the Motion to Defer Filing Fee filed by Plaintiff Damond Durant Jr., it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Defer Filing Fee is hereby granted.

cc:   Plaintiff(s)
        Attorney(s) for Plaintiff(s) – Kim D. Parker
        Defendant(s)
        Attorney(s) for Defendant(s) – PRO SE

## End of Order

44x01 (rev. 06/19/1998) – larter