IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
|     DAMOND DURANT | * | CASE NO.: 17-20232 |
|     SHARAE DURANT, | * | CHAPTER 7 |
|         Debtors. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

DAMOND DURANT, JR.
        Plaintiff,

vs.                                                                                                  Adversary Proceeding
                                                                                               No.: 17-00350

DAMOND DURANT, SR.,
        Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO DISIMSS ADVERSARY COMPLAINT**

      NOW COMES, Damond Durant and Sharae Durant, Debtors ("Defendants") by and through undersigned counsel and pursuant to Fed.R.Civ.Pro. 12(b)(5) and Fed.R.Bankr.P. 7004 respectfully move this Court to dismiss the Adversary Complaint entered at Docket 1; and, in support thereof state:

1. On July 28, 2017, Debtors filed for relief under Chapter 13 thereby commencing Case No. 17-20232.

2. On September 17, 2017, Plaintiff filed a Complaint in this Court thereby commencing Adversary Proceeding No. 17-00350.

3. On October 13, 2017, the Court issued it's Summons at Docket 7.

4. On November 5, 2017, Plaintiff filed Notice of Service at Docket 10.

5. Pursuant to Fed.R.Bankr.P. 7004, the delivery of summons and complaint must be made within 7 days after the summons is issued.

6. The service of the summons and complaint was made 23 days after the summons was issued.

**THAT NOTICE IS HEREBY GIVEN TO THAT ON OR BEFORE DECEMBER 4, 2017 THE PLAINTIFF SHALL FILE AND SERVE A RESPONSIVE MEMORANDUM OPPOSING THE MOTION AND SHALL REQUEST A HEARING IF DESIRED, AND THAT A HEARING MAY BE HELD AT THE COURT'S DISCRETION.**

WHEREFORE, Defendant respectfully request that the Adversary Complaint be dismissed; and for such other and further relief as is appropriate.

Date:   November 15, 2017               _____/s/_____
                                        Jeffrey M. Sirody, Esq., Bar No. 11715
                                        JEFFREY M. SIRODY & ASSOCIATES
                                        1777 Reisterstown Road, Suite 360E
                                        Baltimore, MD 21208
                                        (410) 415-0445
                                        Counsel for Debtors/Defendant