CIRCUIT COURT FOR BALTIMORE CITY
Lavinia Alexander
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


N O T I C E   O F   R E C O R D E D   J U D G M E N T
Case Number: 24-C-15-000246 OT
C I V I L
Damond T Durant Jr Vs Damond T Durant Sr

    I HEREBY CERTIFY that the following Judgment has been recorded in this Court in the above entitled case:

Judgment Against:  Durant, Damond T Sr [Southern District]
                10 Cherry Hill Road
                C/O; Bal
                Baltimore, MD   21225


Judgment in Favor of:  Durant, Damond TJr

| | | |
|---|---|---|
| Judgment Ordered On: | 02/17/16 | |
| Judgment Entry Date: | 03/01/16 | Other Fee: $.00 |
| Amount of Judgment: | $373,219.32 | Service Fee: $.00 |
| PreJudgment Interest: | $.00 | Witness Fee: $.00 |
| Appearance Fee: | $.00 | Attorney Fee: $.00 |
| Filing Fee: | $.00 | Total Judgment: $373,219.32 |
| | Post-judgment interest at the legal rate | |

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

Lavinia Alexander
Clerk of the Circuit Court

Issued:  04/12/16

DAMOND T. DURANT, JR.,      \*      IN THE

      Plaintiff,      \*      CIRCUIT COURT

v.      \*      FOR BALTIMORE CITY

DAMOND T. DURANT, SR.,      \*

      Defendant.      \*      CASE NO.: 24-C-15-000246

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

On January 5, 2016, this Court entered judgment with respect to compensatory damages (Docket No. 16/1) and set the matter for a hearing on non-economic and punitive damages. The Clerk incorrectly designated a portion of those damages as pre-judgment interest. On today's date, the Court held a hearing on non-economic and punitive damages. Plaintiff appeared with counsel and presented testimony and exhibits. Defendant failed to appear. For the reasons set forth on the record in open court, it is this 17th day of February, 2016

**ORDERED** that Plaintiff be awarded compensatory damages in the amount of $75,804.83, non-economic damages in the amount of $70,000.00, and punitive damages in the amount of $227,414.49; it is further

**ORDERED** that the Clerk of the Court **VACATE** the prior, incorrectly-entered judgment and on today's date of February 17, 2016 **ENTER FINAL JUDGMENT** in favor of Plaintiff and against Defendant in the amount of $373,219.32, plus pre-judgment interest in the amount of $36,014.11, costs, and post-judgment interest at the legal rate; and it is further

**ORDERED** that the Clerk of the Court close this matter.



TRUE COPY
TEST

Judge Jeffrey M. Geller
Judge's Signature appears on the
original document

LAVINIA G. ALEXANDER, CLERK