Circuit Court of Maryland

Go Back Now

**Case Information**

| | |
|---|---|
| Court System: | **Circuit Court for Baltimore City - Civil System** |
| Case Number: | **24C15000246** |
| Title: | **Damond T Durant Jr Vs Damond T Durant Sr** |
| Case Type: | **Other Tort** Filing Date: **01/16/2015** |
| Case Status: | **Closed/Inactive** |
| Case Disposition: | **Judgment/Verdict** Disposition Date: **02/17/2016** |

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff** Party No.: **1**
Name: **Durant, Jr, Damond T**
Address: **4306 Belvieu Avenue**
City: **Baltimore** State: **MD** Zip Code: **21215**

*Attorney(s) for the Plaintiff/Petitioner*

Name: **Redd, Esq, Justin A.**
Appearance Date: **03/01/2016**
Practice Name: **Kramon & Graham, P.A.**
Address: **One South Street**
**Suite 2600**
City: **Baltimore** State: **MD** Zip Code: **21202**

Name: **Bourgeois, Esq, John Augustine**
Appearance Date: **01/16/2015**
Practice Name: **Kramon & Graham, P. A.**
Address: **One South Street**
**Suite 2600**
City: **Baltimore** State: **MD** Zip Code: **21202-3201**

Name: **Parker, Kim D**
Appearance Date: **03/02/2016**
Practice Name: **The Law Offices Of Kim Parker**
Address: **2123 Maryland Avenue**
City: **Baltimore** State: **MD** Zip Code: **21218**

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*

Party Type: **Defendant** Party No.: **1**
Name: **Durant, Sr, Damond T**
Address: **10 Cherry Hill Road**
City: **Baltimore** State: **MD** Zip Code: **21225**

*Attorney(s) for the Defendant/Respondent*

Name: **Sirody, Esq, Jeffrey M**
Appearance Date: **08/23/2017**
Practice Name: **Jeffrey M. Sirody And Associates**
Address: **1777 Reisterstown Road**
**Suite 360**
City: **Baltimore** State: **MD** Zip Code: **21208**

**Court Scheduling Information**

Event Type: **Civil Trial** Notice Date: **02/03/2016**

Event Date: **02/17/2016**    Event Time: **09:30 AM**
Result:    **Cancelled/Vacated**    Result Date: **03/01/2016**

### Judgment Information

**MONEY JUDGMENT**
**ORIGINAL JUDGMENT**

| | |
|---|---|
| Judgment Against: **Durant, Damond T Sr** | |
| Judgment in Favor of: **Durant, Damond T Jr** | |
| Judgment Entered Date: **04/12/2016** | Other Fee: **$0.00** |
| Amount of Judgment: **$373,219.32** | Service Fee: **$0.00** |
| PreJudgment Interest: **$0.00** | Witness Fee: **$0.00** |
| Appearance Fee: **$0.00** | Attorney Fee: **$0.00** |
| Filing Fee: **$0.00** | Total Indexed Judgment: **$373,219.32** |
| Comments: **Post-judgment interest at the legal rate** | |

### Related Persons Information

*(Each Related person is displayed below)*

Party Type: **Garnishee**    Party No.: **1**
Business or Organization Name: **City Of Baltimore**
Address: **Central Payroll Division**
City: **Baltimore**    State: **MD**    Zip Code: **21202**

Party Type: **Garnishee**    Party No.: **2**
Business or Organization Name: **Baltimore City Police Department**
Address: **401 E Fayette Street**
City: **Baltimore**    State: **MD**    Zip Code: **21202**

### Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date: **01/16/2015**    Entered Date: **01/21/2015**    Decision: **Granted**
Party Type: **Plaintiff**    Party No.: **1**
Document Name: **Motion to Waive Prepayment of Filing Fee and Waive Service Fee of Sheriff Of Baltimore City**

Doc No./Seq No.: **1/1**
File Date: **03/12/2015**    Entered Date: **03/12/2015**    Decision:
Document Name: **Order of Court**
It is, this 26th day of February, 2015 by the Circuit Court for Baltimore City. ORDERED that the request is GRANTED and the full filing fee is waived. (Judge Fletcher-Hill)

Doc No./Seq No.: **1/2**
File Date: **03/12/2015**    Entered Date: **03/12/2015**    Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **2/0**
File Date: **02/26/2015**    Entered Date: **02/26/2015**    Decision:
Party Type: **Plaintiff**    Party No.: **1**
Document Name: **Correspondence to Master Marzetta**

Doc No./Seq No.: **3/0**
File Date: **01/16/2015**    Entered Date: **03/12/2015**    Decision: **Denied**
Party Type: **Plaintiff**    Party No.: **1**

| | |
|---|---|
| Document Name: | Request for Service of Process by the Sheriff of Baltimore City |

| | |
|---|---|
| Doc No./Seq No.: | 3/1 |
| File Date: | 03/12/2015  Entered Date: 03/12/2015  Decision: |
| Document Name: | Order of Court |
| | It is, this 26th day of February, 2015 by the Circuit Court for Baltimore City, ORDERED that the request is DENIED, etc. (Judge Fletcher-Hill) |

| | |
|---|---|
| Doc No./Seq No.: | 3/2 |
| File Date: | 03/12/2015  Entered Date: 03/12/2015  Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 4/0 |
| File Date: | 01/16/2015  Entered Date: 03/12/2015  Decision: |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Complaint |

| | |
|---|---|
| Doc No./Seq No.: | 5/0 |
| File Date: | 03/11/2015  Entered Date: 03/18/2015  Decision: |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Request to Reissue Summons |

| | |
|---|---|
| Doc No./Seq No.: | 6/0 |
| File Date: | 04/20/2015  Entered Date: 04/22/2015  Decision: |
| Party Type: | Defendant  Party No.: 1 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS served 03/19/15 |

| | |
|---|---|
| Doc No./Seq No.: | 7/0 |
| File Date: | 04/22/2015  Entered Date: 04/24/2015  Decision: Denied |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Request for Order of Default as to Deft. Damond T. Durant, Sr. |

| | |
|---|---|
| Doc No./Seq No.: | 7/1 |
| File Date: | 06/18/2015  Entered Date: 06/18/2015  Decision: |
| Document Name: | Order of Default |
| | ORDERED that upon the above-recited findings Plaintiff's Request for Order of Default and is Hereby DENIED, Judge C Panos |

| | |
|---|---|
| Doc No./Seq No.: | 7/2 |
| File Date: | 06/18/2015  Entered Date: 06/18/2015  Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 8/0 |
| File Date: | 06/24/2015  Entered Date: 06/25/2015  Decision: |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Request to Reissue Summons |

| | |
|---|---|
| Doc No./Seq No.: | 9/0 |
| File Date: | 07/06/2015  Entered Date: 07/06/2015  Decision: |
| Party Type: | Defendant  Party No.: 1 |
| Document Name: | Line |

| | |
|---|---|
| Doc No./Seq No.: | 10/0 |

| | |
|---|---|
| File Date: | 07/23/2015    Entered Date: 07/27/2015    Decision: |
| Party Type: | Defendant    Party No.: 1 |
| Document Name: | Affidavit of Service |
| | WRIT OF SUMMONS (Private Process) served 07/21/15 |

| | |
|---|---|
| Doc No./Seq No.: | 11/0 |
| File Date: | 07/20/2015    Entered Date: 08/03/2015    Decision: |
| Party Type: | Defendant    Party No.: 1 |
| Document Name: | Return of Service - Served |
| | WRIT OF SUMMONS (Private Process) served 07/09/15 |

| | |
|---|---|
| Doc No./Seq No.: | 12/0 |
| File Date: | 08/25/2015    Entered Date: 08/26/2015    Decision: **Granted** |
| Party Type: | Plaintiff    Party No.: 1 |
| Document Name: | Request for Order of Default |

| | |
|---|---|
| Doc No./Seq No.: | 12/1 |
| File Date: | 09/29/2015    Entered Date: 09/29/2015    Decision: |
| Document Name: | Order of Default |
| | Ordered that pltff's motion for entry of order of default (#12) is Granted. Judge Mays |

| | |
|---|---|
| Doc No./Seq No.: | 12/2 |
| File Date: | 09/29/2015    Entered Date: 09/29/2015    Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 13/0 |
| File Date: | 09/24/2015    Entered Date: 09/28/2015    Decision: |
| Document Name: | Affidavit of Non-Service |

| | |
|---|---|
| Doc No./Seq No.: | 14/0 |
| File Date: | 09/29/2015    Entered Date: 09/29/2015    Decision: |
| Document Name: | Notice of Default Order Sent |

| | |
|---|---|
| Doc No./Seq No.: | 15/0 |
| File Date: | 10/16/2015    Entered Date: 10/16/2015    Decision: |
| Party Type: | Defendant    Party No.: 1 |
| Document Name: | Line-Return line |

| | |
|---|---|
| Doc No./Seq No.: | 16/0 |
| File Date: | 12/10/2015    Entered Date: 12/11/2015    Decision: **Granted** |
| Party Type: | Plaintiff    Party No.: 1 |
| Document Name: | Request for Entry of Default Judgment with Exhibits and Proposed Order Attached |

| | |
|---|---|
| Doc No./Seq No.: | 16/1 |
| File Date: | 01/06/2016    Entered Date: 01/06/2016    Decision: |
| Document Name: | Order of Court |
| | ORDERED that Plt Damond Durant's jr's Request for Entry of Default Jugment and hereby is GRANTED, Judge J Geller |

| | |
|---|---|
| Doc No./Seq No.: | 16/2 |
| File Date: | 01/06/2016    Entered Date: 01/06/2016    Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 17/0 |
| File Date: | 01/05/2016    Entered Date: 01/05/2016    Decision: |
| Document Name: | Batch Hearing Notice Sent |

| | |
|---|---|
| Name: | |
| | Event: CIVI Block Date: 02/17/16 Facility: 403TPARTIES : Durant, Damond 10 Cherry Hill Road C/O; Baltimore City Police Department, Baltimore, MD, 21225Bourgeois, John One South Street Suite 2600, Baltimore, MD, 212023201 |

| | |
|---|---|
| Doc No./Seq No.: | 18/0 |
| File Date: | 02/03/2016    Entered Date: 02/03/2016    Decision: |
| Document Name: | Batch Hearing Notice Sent |
| | Event: CIVI Block Date: 02/17/16 Facility: 403TPARTIES : Durant, Damond 10 Cherry Hill Road C/O; Baltimore City Police Department, Baltimore, MD, 21225Bourgeois, John One South Street Suite 2600, Baltimore, MD, 212023201 |

| | |
|---|---|
| Doc No./Seq No.: | 19/0 |
| File Date: | 02/04/2016    Entered Date: 02/05/2016    Decision: Denied |
| Party Type: | Plaintiff    Party No.: 1 |
| Document Name: | Motion to Withdraw Appearance of atty John A. Bourgeois and Justin A. Reid |

| | |
|---|---|
| Doc No./Seq No.: | 19/1 |
| File Date: | 02/16/2016    Entered Date: 02/16/2016    Decision: |
| Document Name: | Order of Court |
| | It is this 19th day of February 2016, Ordered that the motion to withdraw is denied Handy, J |

| | |
|---|---|
| Doc No./Seq No.: | 19/2 |
| File Date: | 02/16/2016    Entered Date: 02/16/2016    Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 20/0 |
| File Date: | 02/18/2016    Entered Date: 02/18/2016    Decision: |
| Document Name: | Open Court Proceeding |
| | 2/17/16 Case bought before the Court for determination without the aid of a jury. Geller, J 2/17/16 Judgment in favor of Plaintiff in the amount of $75,804.83 for compensatory damages; $70,000.00 for non-economic damages and $227,414.49 for punitive damages for a total of $373,219.32 and it is further ORDERED that the Clerk of the Court close this matter. Order filed. Geller, J 2/17/2016 Evidence filed in this hearing and placed in court file. (JC) |

| | |
|---|---|
| Doc No./Seq No.: | 20/1 |
| File Date: | 03/01/2016    Entered Date: 03/01/2016    Decision: |
| Document Name: | Order of Court |
| | It is this 17th day of February, 2016,ORDERED that Plaintiff be awarded compensatory damages in the amount of $75,804.82, non-economic damages in the amount of $70,000.00, and punitive damages in the amount of $222,414.49; it is furtherORDERED that the Clerk of the Vacate the prior, incorrectly-entered judgment and on today's date of February 17, 2016 ENTER FINAL JUDGMENT in favor of Plaintiff and against Defendant in the amount of $373,218.32, plus pre-judgment interest in the amount of $36,014.11, costs, and post-judgment interest at the legal rate; and it is furtherORDERED that the Clerk of the Court close this matter.(Geller,J) |

| | |
|---|---|
| Doc No./Seq No.: | 20/2 |
| File Date: | 03/01/2016    Entered Date: 03/01/2016    Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 21/0 |
| File Date: | 03/01/2016    Entered Date: 03/01/2016    Decision: |
| Document Name: | Order of Court - Judgment |
| | It it this 17th day of February, 2016, ORDERED AND ADJUDGED that judgment is GRANTED in favor of Plaintiff Damond T. Durant,Jr. and against Damond T. Durant, Sr. in the sum |

$373,219.32. Costs are assessed against Defendant.(Geller,J)

| | |
|---|---|
| Doc No./Seq No.: | 21/1 |
| File Date: | 03/01/2016    Entered Date: 03/01/2016    Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 22/0 |
| File Date: | 03/01/2016    Entered Date: 03/03/2016    Decision: |
| Party Type: | Plaintiff    Party No.: 1 |
| Document Name: | Req for Writ of Garnishment of Wages |

| | |
|---|---|
| Doc No./Seq No.: | 23/0 |
| File Date: | 03/03/2016    Entered Date: 03/03/2016    Decision: |
| Party Type: | Garnishee    Party No.: 1 |
| Document Name: | Writ of Garnishment - Wages |

| | |
|---|---|
| Doc No./Seq No.: | 23/1 |
| File Date: | 03/17/2016    Entered Date: 03/24/2016    Decision: |
| Party Type: | Garnishee    Party No.: 1 |
| Document Name: | Answer of Garnishee |

| | |
|---|---|
| Doc No./Seq No.: | 24/0 |
| File Date: | 03/02/2016    Entered Date: 03/16/2016    Decision: |
| Party Type: | Plaintiff    Party No.: 1 |
| Document Name: | Req for Writ of Garnishment of Wages |

| | |
|---|---|
| Doc No./Seq No.: | 25/0 |
| File Date: | 03/16/2016    Entered Date: 03/16/2016    Decision: |
| Party Type: | Garnishee    Party No.: 2 |
| Document Name: | Writ of Garnishment - Wages |

| | |
|---|---|
| Doc No./Seq No.: | 26/0 |
| File Date: | 03/02/2016    Entered Date: 03/16/2016    Decision: |
| Party Type: | Plaintiff    Party No.: 1 |
| Document Name: | Notice Of Entry of Appearance For Plaintiff Damond T Durant Jr |

| | |
|---|---|
| Doc No./Seq No.: | 27/0 |
| File Date: | 03/23/2016    Entered Date: 03/23/2016    Decision: |
| Party Type: | Garnishee    Party No.: 1 |
| Document Name: | Return of Service - Served<br>Garnishment of Wages served 05/11/16 |

| | |
|---|---|
| Doc No./Seq No.: | 28/0 |
| File Date: | 03/18/2016    Entered Date: 04/07/2016    Decision: |
| Party Type: | Plaintiff    Party No.: 1 |
| Document Name: | WITHDRAWAL OF APPEARANCE OF JOHN A. BOURGEOIS AND JUSTIN A. REDD |

| | |
|---|---|
| Doc No./Seq No.: | 29/0 |
| File Date: | 04/12/2016    Entered Date: 04/12/2016    Decision: |
| Document Name: | Judgment Indexed on 03/01/16 |

| | |
|---|---|
| Doc No./Seq No.: | 30/0 |
| File Date: | 04/12/2016    Entered Date: 04/12/2016    Decision: |
| Party Type: | Defendant    Party No.: 1 |
| Document Name: | Notice of Recorded Judgment |

| | |
|---|---|
| Doc No./Seq No.: | 30/1 |
| File Date: | 04/12/2016  Entered Date: 04/12/2016  Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 31/0 |
| File Date: | 05/12/2016  Entered Date: 05/16/2016  Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material |

| | |
|---|---|
| Doc No./Seq No.: | 32/0 |
| File Date: | 09/27/2016  Entered Date: 10/04/2016  Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Petition for Oral Examination O |

| | |
|---|---|
| Doc No./Seq No.: | 32/1 |
| File Date: | 11/02/2016  Entered Date: 11/02/2016  Decision: |
| Document Name: | Order of Court |
| | Ordered that deft, Damond T. Durant, Sr., shall appear before the Courts General Magistrate, on December 7, 2016 at 11:30 a.m room 232 courthoust east , 111 n. Calvert Street, Baltimore Md. 21202. Judge Jackson |

| | |
|---|---|
| Doc No./Seq No.: | 32/2 |
| File Date: | 11/02/2016  Entered Date: 11/02/2016  Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 33/0 |
| File Date: | 08/23/2017  Entered Date: 08/24/2017  Decision: Stayed |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Suggestion of Bankruptcy |

| | |
|---|---|
| Doc No./Seq No.: | 33/1 |
| File Date: | 09/18/2017  Entered Date: 09/18/2017  Decision: |
| Document Name: | Order of Court |
| | ORDERED that this action is STAYED as to all claims against Defendant Damond T. Durant Sr. and the proceedings deferred to the Bankruptcy Court in accordance with Section 362 of Title 11 of the United States Code; and it is furtherORDERED that the stay is subject to Maryland Rule 2-507.Judge Althea M. Handy. |

| | |
|---|---|
| Doc No./Seq No.: | 33/2 |
| File Date: | 09/18/2017  Entered Date: 09/18/2017  Decision: |
| Document Name: | Copies Mailed |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*