IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| DAMOND DURANT | | |
| SHARAE DURANT | | **Case No.: 17-20232** |
| **Debtors'** | * | |
| DAMOND DURANT, JR. | | |
| **Plaintiff** | * | |
| Vs. | * | Adver No.: 17−00350 |
| DAMOND T. DURANT, SR. | | |
| **Defendant** | * | |

**<u>ORDER FINDING DEBT OWED TO DAMOND DURANT, JR NON-DISCHARGEABLE</u>**

Upon consideration of the Plaintiff, Damond Durant, Jr's, Motion for Summary Judgment, considering any opposition thereto, it is hereby this day ORDERED, that Judgment is awarded in favor of the Plaintiff in the amount of $373,219.32, plus post-judgment interest at the legal rate for Maryland, it is further ORDERED, that this debt is non-dischargeable in Bankruptcy.

END OF ORDER

cc:
Kim Parker, Esquire
Damond Durant, Sr- Pro-Se
U.S.Trustee's Office