IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| DAMOND DURANT | | |
| SHARAE DURANT | | **Case No.: 17-20232** |
| **Debtors'** | * | |
| * * * * * * | * * * * * * | |
| DAMOND DURANT, JR. | | |
| | * | |
| **Plaintiff** | | |
| | * | Adver No.: 17−00350 |
| Vs. | | |
| | * | |
| DAMOND T. DURANT, SR. | | |
| | | |
| **Defendant** | * | |
| * * * * * * | * * * * * * | |

**REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S LINE REQUESTING
ORDER GRANTING PLAINTIFF'S
<u>MOTION FOR SUMMARY JUDGMENT AS UNOPPOSED</u>**

NOW COMES, Damond Durant, Jr., ("Plaintiff") by his undersigned counsel and moves this Court to enter an Order Granting Plaintiff's December 19, 201 Motion for Summary Judgment and for reasons state:

1. Defendant indicates that he will be seeking additional time to respond, however, did not indicate the basis for which additional time was needed or why a Motion for Extension of time was not filed prior to the deadline.

2. Defendant's statement that the Plaintiff is unavailable is patently false. Undersigned counsel is in communication with the Plaintiff.

3. Judicial economy would served by entering an Order granting summary judgment to Plaintiff.

WHEREFORE, Plaintiff respectfully request judgment in his favor and such other and further relief as may be deemed just and proper.

Respectfully Submitted,

*/s/ Kim Parker*

_____

Kim Parker, Esquire
Federal Bar No.: 23894
THE LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
E: kp@kimparkerlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January 2018, Reply to Line was served on Jeffery Sirody, Esq., Counsel for Defendant via the Court's ECF Filing system.

*/s/ Kim Parker*

_____
**KIM PARKER**