

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Damond and Sharae Durant, | * | Case No. 17-20232-MMH |
| | * | |
| Debtors. | * | Chapter 7 |
| | * | |
| * * * * * * | * * * * * * * | |
| | * | |
| Damond Durant, Jr., | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 17-00350-MMH |
| | * | |
| Damond Durant, Sr., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * | * * * * * * | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the Plaintiff's Amended Motion for Summary Judgment [ECF 24], and the Defendant's response thereto [ECF 31]. The Court held a hearing on the Motion for Summary Judgment on February 22, 2018. The Plaintiff and Defendant each filed post-hearing briefs [ECF 37, 38]. For the reasons stated in the Memorandum Opinion filed simultaneously herewith, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Plaintiff's Motion for Summary Judgment is hereby granted.

**Copies to:**    Debtors
Debtors' Counsel
Damond Durant Jr.
Damond Durant Jr.'s Counsel
United States Trustee
Chapter 7 Trustee

## END OF ORDER